# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moore, Jr., William T. | Southern District of Georgia | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

P.O. Box 10245
Savannah
Georgia
31412

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank | Personal Note | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. American Express BK FSB | A | Interest | K | T | | | | | |
| 4. Apollo Investment Co. Common Stock | A | Dividend | | | Sold | 04/05/11 | J | | |
| 5. Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 6. Bristol Myers Squibb Co. Common Stock | A | Dividend | | | Sold | 04/05/11 | J | | |
| 7. Brookline Bancorp. Inc. | A | Dividend | | | Sold | 04/05/11 | J | | |
| 8. CVS Caremark Corp. | A | Dividend | | | Sold | 04/05/11 | J | | |
| 9. Caterpillar Inc. Del | A | Dividend | K | T | | | | | |
| 10. Cisco Systems, Inc. Common Stock | | None | J | T | | | | | |
| 11. Citi Bank | A | Interest | J | T | | | | | |
| 12. Comcast Corp. New C L A | A | Dividend | J | T | | | | | |
| 13. Conoco Phillips Common Stock | A | Dividend | K | T | | | | | |
| 14. Corning, Inc. | A | Dividend | | | Sold | 04/05/11 | J | | |
| 15. Cotsco Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 16. Danaher Corp. Del Common Stock | A | Dividend | J | T | | | | | |
| 17. Du Pont E 1 DE Nemours | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIA Card Services NA RASP | A | Interest | K | T | | | | | See Explanation |
| 19. Federal Home Loan Bank Gov't Bond | A | Interest | | | Sold | 04/05/11 | J | | |
| 20. Federal National Mortgage Association Investment | A | Interest | | | Sold | 04/05/11 | J | | |
| 21. Federate Prime Cash Money Market Fund | A | Dividend | | | Distributed | 04/05/11 | J | | See Explanation |
| 22. Federate Prime Cash Money Market Fund | A | Dividend | | | Distributed | 04/05/11 | J | | See Explanation |
| 23. First Horizon National Corp. Common Stock | A | Dividend | | | Sold | 04/05/11 | J | | |
| 24. First Security Group, Inc. Common Stock | A | Dividend | | | Sold | 04/05/11 | J | | |
| 25. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 26. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 27. Goldman-Sachs Group | A | Dividend | | | Sold | 04/05/11 | J | | |
| 28. Google, Inc. CL A | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 29. Helmerich Payne Inc. | A | Dividend | J | T | | | | | |
| 30. Hewlett Packard Co. Common Stock HPQ | A | Dividend | J | T | | | | | |
| 31. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 32. Household Finance Corp. Bond | A | Interest | | | Sold | 04/05/11 | J | | |
| 33. ICH Corp. Common Stock | | None | J | T | | | | | |
| 34. IShares Barclays | A | Dividend | K | T | Buy | 10/25/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISTAR Financial Inc. | A | Dividend | | | Sold | 04/05/11 | J | | |
| 36. Infosys Tech, LTD ADR | A | Dividend | J | T | | | | | |
| 37. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 38. Janus IRA-Constrarian Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 39. Kimberly-Clark Common Stock | A | Dividend | | | Sold | 10/25/11 | J | | |
| 40. Kraft Foods, Inc. VA CL A | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 41. Medco Health Solutions Commons Stock | A | Dividend | K | T | | | | | |
| 42. Merrill Lynch IRA Rollover Acct | | | | | | | | | See Explanation |
| 43. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 44. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | A | Dividend | K | T | | | | | |
| 45. ML Bank USA RASP | A | Dividend | L | T | | | | | See Explanation |
| 46. Murphy Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 47. Nucor Corporation | A | Dividend | J | T | | | | | |
| 48. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 49. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 50. Scottrade | | | | | | | | | See Explanation |
| 51. Stanley Works CAP TR1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stern, Agee & Leach-IRA Account | | | | | Closed | 06/01/11 | | | See Explanation |
| 53. SunTrust Bank Money Market Acct. | A | Int./Div. | J | T | | | | | |
| 54. TJX Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 55. TEVA Pharmac TCL INDS ADR | A | Dividend | J | T | Buy | 12/01/11 | J | | |
| 56. Union Pacific | A | Dividend | J | T | | | | | |
| 57. U.S. Treasury Note 02/15/11 | B | Interest | | | Redeemed | 02/15/11 | K | | |
| 58. U.S. Treasury Note 05/15/10 | A | Interest | | | Redeemed | | K | | See Explanation |
| 59. U.S. Treasury Note 08/31/11 | B | Interest | | | Redeemed | 08/31/11 | K | | |
| 60. U.S. Treasury Note 02/15/10 | B | Interest | | | Redeemed | | K | | See Explanaton |
| 61. U.S. Treasury Note 02/15/12 | B | Interest | K | T | | | | | |
| 62. U.S. Treasury Note 08/31/12 | B | Interest | K | T | | | | | |
| 63. U.S. Treasury Note 07/31/13 | A | Interest | K | T | | | | | |
| 64. U.S. Treasury Note 01/15/14 | A | Interest | K | T | | | | | |
| 65. U.S. Treasury Note 05/31/14 | A | Interest | K | T | | | | | |
| 66. U.S. Treasury Note 12/31/15 | A | Interest | K | T | Buy | 03/08/11 | K | | |
| 67. U.S. Treasury Note 03/31/15 | A | Interest | K | T | Buy | 05/06/11 | K | | |
| 68. U.S. Tresury Note 11/30/14 | A | Interest | K | T | Buy | 07/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. United Parcel Service Corp. Bond | A | Interest | J | T | | | | | |
| 70. Vanguard REIT EFT | A | Dividend | K | T | | | | | |
| 71. Vanguard Extd MKT EFT | A | Dividend | K | T | | | | | |
| 72. Vanguard FTSE All World | B | Dividend | K | T | | | | | |
| 73. Vanguard Short-Term Bond | A | Dividend | J | T | | | | | |
| 74. Vanguard Interm-Term Gov't Bond | A | Interest | K | T | | | | | |
| 75. Vanguard Long-Term Gov Bond | A | Interest | K | T | | | | | |
| 76. Vanguard Emerging MKTS ETF | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 77. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 78. Wells Fargo & Co. New DEL | A | Dividend | | | Sold | 12/01/11 | J | | |
| 79. Lot | | | | | | | | | See explanation |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation - Line 18
FIA Card Services NA RASP - Name changed from ML Bank USA RASP

Explanation - Line 20
Federated Prime Cash Money Market Fund - funds transferred to Scottrade assests

Explanation - Line 21
Federated Prime Cash Money Market Fund - funds tranferred to Scottrade assets

Explanation - Line 25
General Electric - This account was transferred to Merrill Lynch IRA Rollover Account as Stern, Agee & Leach account has been closed.

Explanation - Line 41
Merrill Lynch IRA Rollover Account - All assets of this account are included individually in Part VII of this report.

Explanation - Line 45 - ML Bank USA RASP - Name changed to FIA Card Services NA RASP as listed on line 18 of this report.

Explanation - Line 50
Scottrade - All assests of this account are included individually in Part VII of this report.

Explanation - Line 51
Stanley Works CAP TR 1 - Liquidated and used as funding for Scottrade account as Stern, Agee & Leach account has been closed.

Explanation - Line 52
Sterne, Agee & Leach - Account closed. All assests sold, liquidated or transfered as noted in Part VII of this report.

Explanation - Line 57
U.S Treasury Note 05/15/10 - This information was inadvertently omitted from last year's report.

Explanation - Line 59
U.S. Treasury Note 02/15/10- This information was inadvertently omitted from last year's report.

Explanation - Line 79
Lot                     - This information is no longer reportable.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William T. Moore, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544